**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory VANAUSDAL, Defendant–
Appellant.**

No. 07–10091.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Shawna Yen, Esq., Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Arthur Pirelli, Esq., Law Office of Arthur Pirelli, San Rafael, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Gregory Vanausdal appeals from the 60–month sentence imposed following his guilty-plea conviction for transport and shipping of visual images of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Vanausdal contends that the five-year statutory mandatory minimum sentence required by 18 U.S.C. § 2252 is unconstitutional, offending the Due Process Clause of the Fifth Amendment and the Eighth Amendment. These contentions fail because Congress had a rational basis for creating mandatory minimum sentences to combat child pornography, *see Chapman v. United States,* 500 U.S. 453, 465, 111 S.Ct. 1919, 114 L.Ed.2d 524 (1991), and because Vanausdal's five-year sentence is not cruel and unusual, *see United States v. Meiners,* 485 F.3d 1211, 1212 (9th Cir.2007).

We decline to address Vanausdal's remaining contention in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir.2000).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

